**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ANTHONY FALLON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:06-CV-2289-RRB-KJM-PS<br>No. 2:06-CV-2403-RRB-KJM-PS<br><br>**ORDER** |

Plaintiff David Anthony Fallon ("Plaintiff"), proceeding pro se, filed the above-entitled actions. The matters were referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On December 1, 2006, Magistrate Judge Kimberly J. Mueller filed Findings & Recommendations (Docket 4) herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the same were to be filed within ten days. Plaintiff has not filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTIONS - 1
2:06-CV-2289-RRB-KJM-PS
2:06-CV-2403-RRB-KJM-PS

The Court has reviewed the files and finds the Findings & Recommendations (Docket 4) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at **Docket 4**, filed on December 1, 2006, are adopted in full; and

2. These matters are **DISMISSED** for lack of subject matter jurisdiction.

**ENTERED** this 21st day of June, 2007.

```
                    S/RALPH R. BEISTLINE
                    UNITED STATES DISTRICT JUDGE
```

ORDER DISMISSING PLAINTIFF'S ACTIONS - 2
2:06-CV-2289-RRB-KJM-PS
2:06-CV-2403-RRB-KJM-PS